1  J. Andrew Coombs (SBN 123881)                              JS-6
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California  91206
   Telephone:  (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff
   Warner Bros. Home Entertainment Inc.
7
   Poppie Tanksley, an individual and
8  d/b/a Amazon.com Seller vinylrecordsale
   4825 Hazel Avenue, #15
9  Fair Oaks, California  95628
   Telephone:  (916) 965-2420
10
   Defendant, *in pro se*
11

12
                  UNITED STATES DISTRICT COURT
13
                CENTRAL DISTRICT OF CALIFORNIA
14

15  Warner Bros. Home Entertainment Inc.,   )   Case No. CV12-9139 MWF (Ex)
                                            )
16                        Plaintiff,        )   CONSENT DECREE AND
                                            )   PERMANENT  INJUNCTION
17        v.                                )
                                            )
18  Poppie Tanksley, an individual and d/b/a )
    Amazon.com Seller vinylrecordsale and   )
19  Does 1-10, inclusive,                    )
                                            )
20                        Defendants.       )
                                            )
21  _____ )

22        The Court, having read and considered the Joint Stipulation for Entry of

23  Consent Decree and Permanent Injunction that has been executed by Plaintiff Warner

24  Bros. Home Entertainment Inc. ("Plaintiff") and Defendant Poppie Tanksley, an

25  individual and d/b/a Amazon.com Seller vinylrecordsale ("Defendant"), in this action,

26  and good cause appearing therefore, hereby:

27

28

ORDERS that based on the Parties' stipulation and only as to Defendant, his successors, heirs, and assignees, this Injunction shall be and is hereby entered in the within action as follows:

1)      This Court has jurisdiction over the parties to this action and over the subject matter hereof pursuant to 17 U.S.C. § 101 *et seq*., and 28 U.S.C. §§ 1331 and 1338. Service of process was properly made against Defendant.

2)      Plaintiff owns or controls the copyright or pertinent exclusive right to distribute or license the distribution of home video and digital products, including video home cassettes (VHS) as well as optical discs, including, but not limited to, digital versatile discs (DVDs) and Blu-ray discs (collectively "Media Products") incorporating the motion picture or television titles subject to the copyright registrations listed in Exhibit "A" attached hereto and incorporated herein by this reference (collectively referred to herein as "Plaintiff's Works").

3)      Plaintiff has alleged that Defendant has made unauthorized uses of Plaintiff's Works or substantially similar likenesses or colorable imitations thereof.

4)      Defendant and his agents, servants, employees, representatives, successor and assigns, and all persons, firms, corporations or other entities in active concert or participation with him who receive actual notice of the Injunction are hereby restrained and permanently enjoined from infringing – directly, contributorily or vicariously – or enabling, facilitating, permitting, assisting, soliciting, encouraging, inducing, authorizing, aiding or abetting, materially contributing to, or persuading anyone to infringe in any manner Plaintiff's Works, including, but not limited to, the following:

   a)      Copying, reproducing, downloading, distributing, uploading, linking to, transmitting, or publicly performing, or using trademarks, trade names or logos in connection with unauthorized Media Products containing any of Plaintiff's Works;

b)   Enabling, facilitating, permitting, assisting, soliciting, encouraging, abetting, or inducing any person or entity to copy, reproduce, download, distribute, upload, link to, transmit, or publicly perform any of Plaintiff's Works; or

c)   Profiting from the unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works while declining to exercise a right to stop or limit such unauthorized copying, reproduction, downloading, distribution, uploading, linking to, transmission, or public performance of any of Plaintiff's Works.

5)   Each side shall bear its own fees and costs of suit.

6)   Except as provided herein, all claims alleged in the Complaint are dismissed with prejudice.

7)   This Injunction shall be deemed to have been served upon Defendant at the time of its execution by the Court.

8)   The Court finds there is no just reason for delay in entering this Injunction and, pursuant to Rule 54(a) of the Federal Rules of Civil Procedure, the Court directs immediate entry of this Injunction against Defendant.

9)   The Court shall retain jurisdiction of this action to entertain such further proceedings and to enter such further orders as may be necessary or appropriate to implement and enforce the provisions of this Injunction.

10)   The above-captioned action, shall, upon filing by Plaintiff of the Settlement Agreement, Stipulation for Entry of Judgment and Judgment Pursuant to Stipulation, and requesting entry of judgment against Defendant, be reopened should Defendant default under the terms of the Settlement Agreement.

11)   This Court shall retain jurisdiction over Defendant for the purpose of making further orders necessary or proper for the construction or modification of this consent

decree and judgment; the enforcement hereof; the punishment of any violations

hereof; and for the possible entry of a further Judgment Pursuant to Stipulation in this

action.


DATED:      March 11, 2013                    _____
                                             Hon. Michael W. Fitzgerald
                                             United States District Judge


PRESENTED BY:

J. Andrew Coombs, A Prof. Corp.


By: _____
        J. Andrew Coombs
        Annie S. Wang
Attorneys for Plaintiff Warner Bros. Home
Entertainment Inc.

Defendant Poppie Tanksley,
an individual and d/b/a Amazon.com Seller
vinylrecordsale


By: _____
        Poppie Tanksley
Defendant, *in pro se*

# EXHIBIT A

# COPYRIGHT REGISTRATIONS

| REG. NO. | TITLE | COPYRIGHT CLAIMANTS |
|---|---|---|
| PA 943-492 | SOPRANOS, THE: Pilot | Home Box Office, Inc. |
| PA 943-491 | SOPRANOS, THE: 46 Long | Home Box Office, Inc. |
| PA 943-495 | SOPRANOS, THE: Denial, Anger, Acceptance | Home Box Office, Inc. |
| PA 943-494 | SOPRANOS, THE: Meadowlands | Home Box Office, Inc. |
| PA 943-496 | SOPRANOS, THE: College | Home Box Office, Inc. |
| PA 943-493 | SOPRANOS, THE: Pax Soprana | Home Box Office, Inc. |
| PA 943-490 | SOPRANOS, THE: Down Neck | Home Box Office, Inc. |
| PA 943-534 | SOPRANOS, THE: A Hit Is A Hit | Home Box Office, Inc. |
| PA 943-533 | SOPRANOS, THE: Legend Of Tennessee Moltisanti | Home Box Office, Inc. |
| PA 943-532 | SOPRANOS, THE: Boca | Home Box Office, Inc. |
| PA 943-537 | SOPRANOS, THE: Isabella | Home Box Office, Inc. |
| PA 943-536 | SOPRANOS, THE: Nobody Knows Anything | Home Box Office, Inc. |
| PA 943-535 | SOPRANOS, THE: I Dream Of Jeanie Cusamano | Home Box Office, Inc. |
| PA 998-991 | SOPRANOS, THE: Guy Walks Into A Psychiatrist's Office | Home Box Office, Inc. |
| PA 998-992 | SOPRANOS, THE: Do Not Resuscitate | Home Box Office, Inc. |
| PA 998-993 | SOPRANOS, THE: Toodle-F***ing-oo | Home Box Office, Inc. |
| PA 998-994 | SOPRANOS, THE:: Commendatori | Home Box Office, Inc. |
| PA 998-995 | SOPRANOS, THE: Big Girls Don't Cry | Home Box Office, Inc. |
| PA 998-996 | SOPRANOS, THE: The Happy Wanderer | Home Box Office, Inc. |
| PA 998-997 | SOPRANOS, THE: D-Girl | Home Box Office, Inc. |
| PA 998-998 | SOPRANOS, THE: Full Leather Jacket | Home Box Office, Inc. |
| PA 998-999 | SOPRANOS, THE: From Where To Eternity | Home Box Office, Inc. |
| PA 999-000 | SOPRANOS, THE: Bust Out | Home Box Office, Inc. |
| PA 999-001 | SOPRANOS, THE: House Arrest | Home Box Office, Inc. |
| PA 999-002 | SOPRANOS, THE: The Knight In White Satin Armor | Home Box Office, Inc. |
| PA 999-003 | SOPRANOS, THE: Funhouse | Home Box Office, Inc. |
| PA 1-021-743 | SOPRANOS, THE: Mr. Ruggerio's Neighborhood | Home Box Office, Inc. |
| PA 1-021-743 | SOPRANOS, THE: Proshai. Livushka | Home Box Office, Inc. |
| PA 1-021-745 | SOPRANOS, THE: Fortunate Son | Home Box Office, Inc. |
| PA 1-021-744 | SOPRANOS, THE: Employee Of The Month | Home Box Office, Inc. |
| PA 1-021-954 | SOPRANOS, THE: Another Toothpick | Home Box Office, Inc. |
| PA 1-021-955 | SOPRANOS, THE: University | Home Box Office, Inc. |
| PA 1-021-883 | SOPRANOS, THE: Second Opinion | Home Box Office, Inc. |
| PA 1-022-080 | SOPRANOS, THE: He Is Risen | Home Box Office, Inc. |
| PA 1-022-078 | SOPRANOS, THE: The Telltale Moozadell | Home Box Office, Inc. |
| PA 1-022-075 | SOPRANOS, THE: To Save Us All From Satan's Power | Home Box Office, Inc. |
| PA 1-022-076 | SOPRANOS, THE: Pine Barrens | Home Box Office, Inc. |
| PA 1-022-077 | SOPRANOS, THE: Amour Fou | Home Box Office, Inc. |
| PA 1-022-079 | SOPRANOS, THE: The Army Of One | Home Box Office, Inc. |
| PA 1-112-865 | SOPRANOS, THE: For All Debts Public And Private | Home Box Office, Inc. |

| PA 1-097-104 | SOPRANOS, THE: No Show | Home Box Office, Inc. |
|---|---|---|
| PA 1-097-105 | SOPRANOS, THE: Christopher | Home Box Office, Inc. |
| PA 1-112-845 | SOPRANOS, THE: The Weight | Home Box Office, Inc. |
| PA 1-097-106 | SOPRANOS, THE: Pie-O-My | Home Box Office, Inc. |
| PA 1-097-107 | SOPRANOS, THE: Everybody Hurts | Home Box Office, Inc. |
| PA 1-097-108 | SOPRANOS, THE: Watching Too Much Television | Home Box Office, Inc. |
| PA 1-110-842 | SOPRANOS, THE: Mergers And Acquisitions | Home Box Office, Inc. |
| PA 1-110-841 | SOPRANOS, THE:: Whoever Did This | Home Box Office, Inc. |
| PA 1-110-980 | SOPRANOS, THE: The Strong, Silent Type | Home Box Office, Inc. |
| PA 1-110-981 | SOPRANOS, THE: Calling All Cars | Home Box Office, Inc. |
| PA 1-110-982 | SOPRANOS, THE: Eloise | Home Box Office, Inc. |
| PA 1-144-526 | SOPRANOS, THE: Whitecaps | Home Box Office, Inc. |
| PA 1-226-022 | SOPRANOS, THE: Two Tonys | Home Box Office, Inc. |
| PA 1-226-024 | SOPRANOS, THE: Rat Pack | Home Box Office, Inc. |
| PA 1-226-023 | SOPRANOS, THE: Where's Johnny | Home Box Office, Inc. |
| PA 1-226-025 | SOPRANOS, THE: All Happy Families… | Home Box Office, Inc. |
| PA 1-232-994 | SOPRANOS, THE: Irregular Around The Margins | Home Box Office, Inc. |
| PA 1-232-789 | SOPRANOS, THE: Sentimental Education | Home Box Office, Inc. |
| PA 1-232-996 | SOPRANOS, THE: In Camelot | Home Box Office, Inc. |
| PA 1-232-995 | SOPRANOS, THE: Marco Polo | Home Box Office, Inc. |
| PA 1-233-180 | SOPRANOS, THE: Unidentified Black Males | Home Box Office, Inc. |
| PA 1-242-861 | SOPRANOS, THE: Cold Cuts | Home Box Office, Inc. |
| PA 1-242-857 | SOPRANOS, THE: The Test Dream | Home Box Office, Inc. |
| PA 1-242-860 | SOPRANOS, THE: Long Term Parking | Home Box Office, Inc. |
| PA 1-233-048 | SOPRANOS, THE: All Due Respect | Home Box Office, Inc. |
| PA 1-324-969 | SOPRANOS, THE: Members Only | Home Box Office, Inc. |
| PA 1-324-970 | SOPRANOS, THE: Join The Club | Home Box Office, Inc. |
| PA 1-324-971 | SOPRANOS, THE: Mayham | Home Box Office, Inc. |
| PA 1-324-972 | SOPRANOS, THE: The Fleshy Part Of The Thigh | Home Box Office, Inc. |
| PA 1-324-973 | SOPRANOS, THE: Mr and Mrs. John Sacrimoni Request… | Home Box Office, Inc. |
| PA 1-324-974 | SOPRANOS, THE: Live Free Or Die | Home Box Office, Inc. |
| PA 1-324-975 | SOPRANOS, THE: Luxury Lounge | Home Box Office, Inc. |
| PA 1-326-293 | SOPRANOS, THE: Johnny Cakes | Home Box Office, Inc. |
| PA 1-326-426 | SOPRANOS, THE: The Ride | Home Box Office, Inc. |
| PA 1-318-644 | SOPRANOS, THE: Moe N' Joe | Home Box Office, Inc. |
| PA 1-318-645 | SOPRANOS, THE: Cold Stones | Home Box Office, Inc. |
| PA 1-324-820 | SOPRANOS, THE: Kaisha | Home Box Office, Inc. |
| PA 1-374-957 | SOPRANOS, THE: Soprano Home Movies | Home Box Office, Inc. |
| PA 1-374-958 | SOPRANOS, THE: Stage 5 | Home Box Office, Inc. |
| PA 1-374-959 | SOPRANOS, THE: Remember When | Home Box Office, Inc. |
| PA 1-374-960 | SOPRANOS, THE: Chasing It | Home Box Office, Inc. |
| PA 1-374-961 | SOPRANOS, THE: Walk Like A Man | Home Box Office, Inc. |
| PA 1-371-912 | SOPRANOS, THE: Kennedy And Heidi | Home Box Office, Inc. |
| PA 1-371-913 | SOPRANOS, THE: The Second Coming | Home Box Office, Inc. |
| PA1-390-894 | SOPRANOS, THE: Blue Comet | Home Box Office, Inc. |

| | | |
|---|---|---|
| PA 1-390-892 | SOPRANOS, THE: Made In America | Home Box Office, Inc. |
| PA 1-266-673 | SMALLVILLE: Pilot | Warner Bros. Entertainment Inc. (hereinafter "WBEI") |
| PA 1-266-674 | SMALLVILLE: Metamorphosis | WBEI |
| PA 1-266-676 | SMALLVILLE: Hothead | WBEI |
| PA 1-266-677 | SMALLVILLE: X-ray | WBEI |
| PA 1-266-678 | SMALLVILLE: Cool | WBEI |
| PA 1-266-679 | SMALLVILLE: Hourglass | WBEI |
| PA 1-266-681 | SMALLVILLE: Craving | WBEI |
| PA 1-266-675 | SMALLVILLE: Jitters | WBEI |
| PA 1-266-680 | SMALLVILLE: Rogue | WBEI |
| PA 1-266-682 | SMALLVILLE: Shimmer | WBEI |
| PA 1-266-683 | SMALLVILLE: Hug | WBEI |
| PA 1-266-684 | SMALLVILLE: Leech | WBEI |
| PA 1-266-685 | SMALLVILLE: Kinetic | WBEI |
| PA 1-266-686 | SMALLVILLE: Zero | WBEI |
| PA 1-266-687 | SMALLVILLE: Nicodemus | WBEI |
| PA 1-266-688 | SMALLVILLE: Stray | WBEI |
| PA 1-266-689 | SMALLVILLE: Reaper | WBEI |
| PA 1-266-690 | SMALLVILLE: Drone | WBEI |
| PA 1-266-691 | SMALLVILLE: Crush | WBEI |
| PA 1-266-692 | SMALLVILLE: Obscura | WBEI |
| PA 1-266-693 | SMALLVILLE: Tempest | WBEI |
| PA 1-266-651 | SMALLVILLE: Vortex | WBEI |
| PA 1-266-652 | SMALLVILLE: Heat | WBEI |
| PA 1-266-653 | SMALLVILLE: Duplicity | WBEI |
| PA 1-266-654 | SMALLVILLE: Red | WBEI |
| PA 1-266-655 | SMALLVILLE: Nocturne | WBEI |
| PA 1-266-672 | SMALLVILLE: Redux | WBEI |
| PA 1-266-656 | SMALLVILLE: Lineage | WBEI |
| PA 1-266-657 | SMALLVILLE: Ryan | WBEI |
| PA 1-266-658 | SMALLVILLE: Dichotic | WBEI |
| PA 1-266-659 | SMALLVILLE: Skinwalkers | WBEI |
| PA 1-266-660 | SMALLVILLE: Visage | WBEI |
| PA 1-266-662 | SMALLVILLE: Insurgence | WBEI |
| PA 1-266-661 | SMALLVILLE: Suspect | WBEI |
| PA 1-266-663 | SMALLVILLE: Rush | WBEI |
| PA 1-266-664 | SMALLVILLE: Prodigal | WBEI |
| PA 1-266-665 | SMALLVILLE: Fever | WBEI |
| PA 1-266-666 | SMALLVILLE: Rosetta | WBEI |
| PA 1-266-667 | SMALLVILLE: Visitor | WBEI |
| PA 1-315-090 | SMALLVILLE: Precipice | WBEI |
| PA 1-266-668 | SMALLVILLE: Witness | WBEI |
| PA 1-266-669 | SMALLVILLE: Accelerate | WBEI |
| PA 1-266-670 | SMALLVILLE: Calling | WBEI |

| PA 1-266-671 | SMALLVILLE: Exodus | WBEI |
|---|---|---|
| PA 1-267-611 | SMALLVILLE: Exile | WBEI |
| PA 1-267-610 | SMALLVILLE: Phoenix | WBEI |
| PA 1-267-613 | SMALLVILLE: Extinction | WBEI |
| PA 1-267-612 | SMALLVILLE: Slumber | WBEI |
| PA 1-267-616 | SMALLVILLE: Perry | WBEI |
| PA 1-267-615 | SMALLVILLE: Relic | WBEI |
| PA 1-267-614 | SMALLVILLE: Magnetic | WBEI |
| PA 1-267-609 | SMALLVILLE: Shattered | WBEI |
| PA 1-267-608 | SMALLVILLE: Asylum | WBEI |
| PA 1-267-607 | SMALLVILLE: Whisper | WBEI |
| PA 1-267-597 | SMALLVILLE: Delete | WBEI |
| PA 1-267-595 | SMALLVILLE: Hereafter | WBEI |
| PA 1-267-598 | SMALLVILLE: Velocity | WBEI |
| PA 1-267-596 | SMALLVILLE: Obsession | WBEI |
| PA 1-267-599 | SMALLVILLE: Resurrection | WBEI |
| PA 1-267-600 | SMALLVILLE: Crisis | WBEI |
| PA 1-267-601 | SMALLVILLE: Legacy | WBEI |
| PA 1-267-602 | SMALLVILLE: Truth | WBEI |
| PA 1-267-603 | SMALLVILLE: Memoria | WBEI |
| PA 1-267-604 | SMALLVILLE: Talisman | WBEI |
| PA 1-267-605 | SMALLVILLE: Forsaken | WBEI |
| PA 1-267-606 | SMALLVILLE: Covenant | WBEI |
| PA 1-324-964 | SMALLVILLE: Crusade | WBEI |
| PA 1-325-010 | SMALLVILLE: Gone | WBEI |
| PA 1-325-012 | SMALLVILLE: Façade | WBEI |
| PA 1-325-011 | SMALLVILLE: Devoted | WBEI |
| PA 1-325-013 | SMALLVILLE: Run | WBEI |
| PA 1-325-014 | SMALLVILLE: Transference | WBEI |
| PA 1-325-015 | SMALLVILLE: Jinx | WBEI |
| PA 1-325-016 | SMALLVILLE: Spell | WBEI |
| PA 1-346-766 | SMALLVILLE: Bound | WBEI |
| PA 1-325-018 | SMALLVILLE: Scare | WBEI |
| PA 1-325-019 | SMALLVILLE: Unsafe | WBEI |
| PA 1-325-020 | SMALLVILLE: Pariah | WBEI |
| PA 1-325-021 | SMALLVILLE: Recruit | WBEI |
| PA 1-325-022 | SMALLVILLE: Krypto | WBEI |
| PA 1-325-023 | SMALLVILLE: Sacred | WBEI |
| PA 1-325-024 | SMALLVILLE: Lucy | WBEI |
| PA 1-325-025 | SMALLVILLE: Onyx | WBEI |
| PA 1-325-026 | SMALLVILLE: Spirit | WBEI |
| PA 1-267-455 | SMALLVILLE: Blank | WBEI |
| PA 1-325-027 | SMALLVILLE: Ageless | WBEI |
| PA 1-325-028 | SMALLVILLE: Forever | WBEI |
| PA 1-325-029 | SMALLVILLE: Commencement | WBEI |

| | | |
|---|---|---|
| PA 1-651-857 | SMALLVILLE: Arrival | WBEI |
| PA 1-651-860 | SMALLVILLE: Mortal | WBEI |
| PA 1-651-861 | SMALLVILLE: Hidden | WBEI |
| PA 1-651-872 | SMALLVILLE: Aqua | WBEI |
| PA 1-651-863 | SMALLVILLE: Thirst | WBEI |
| PA 1-651-864 | SMALLVILLE: Exposed | WBEI |
| PA 1-651-867 | SMALLVILLE: Splinter | WBEI |
| PA 1-651-870 | SMALLVILLE: Solitude | WBEI |
| PA 1-651-868 | SMALLVILLE: Lexmas | WBEI |
| PA 1-651-865 | SMALLVILLE: Fanatic | WBEI |
| PA 1-651-858 | SMALLVILLE: Lockdown | WBEI |
| PA 1-651-847 | SMALLVILLE: Reckoning | WBEI |
| PA 1-651-849 | SMALLVILLE: Vengeance | WBEI |
| PA 1-651-852 | SMALLVILLE: Tomb | WBEI |
| PA 1-651-844 | SMALLVILLE: Cyborg | WBEI |
| PA 1-651-855 | SMALLVILLE: Hypnotic | WBEI |
| PA 1-651-842 | SMALLVILLE: Void | WBEI |
| PA 1-651-848 | SMALLVILLE: Fragile | WBEI |
| PA 1-651-853 | SMALLVILLE: Mercy | WBEI |
| PA 1-651-845 | SMALLVILLE: Fade | WBEI |
| PA 1-651-856 | SMALLVILLE: Oracle | WBEI |
| PA 1-651-871 | SMALLVILLE: Vessel | WBEI |
| PA 1-634-173 | SMALLVILLE: Zod | WBEI |
| PA 1-634-172 | SMALLVILLE: Sneeze | WBEI |
| PA 1-634-171 | SMALLVILLE: Wither | WBEI |
| PA 1-634-168 | SMALLVILLE: Arrow | WBEI |
| PA 1-634-164 | SMALLVILLE: Reunion | WBEI |
| PA 1-634-163 | SMALLVILLE: Fallout | WBEI |
| PA 1-634-162 | SMALLVILLE: Rage | WBEI |
| PA 1-634-161 | SMALLVILLE: Static | WBEI |
| PA 1-634-166 | SMALLVILLE: Subterranean | WBEI |
| PA 1-634-160 | SMALLVILLE: Hydro | WBEI |
| PA 1-634-159 | SMALLVILLE: Justice | WBEI |
| PA 1-634-158 | SMALLVILLE: Labyrinth | WBEI |
| PA 1-634-157 | SMALLVILLE: Crimson | WBEI |
| PA 1-634-156 | SMALLVILLE: Trespass | WBEI |
| PA 1-634-155 | SMALLVILLE: Freak | WBEI |
| PA 1-634-154 | SMALLVILLE: Promise | WBEI |
| PA 1-634-153 | SMALLVILLE: Combat | WBEI |
| PA 1-634-152 | SMALLVILLE: Progeny | WBEI |
| PA 1-634-151 | SMALLVILLE: Nemesis | WBEI |
| PA 1-634-149 | SMALLVILLE: Noir | WBEI |
| PA 1-634-150 | SMALLVILLE: Prototype | WBEI |
| PA 1-634-174 | SMALLVILLE: Phantom | WBEI |
| PA 1-653-321 | SMALLVILLE: Bizarro | WBEI |

| | | |
|---|---|---|
| PA 1-653-322 | SMALLVILLE: Kara | WBEI |
| PA 1-653-323 | SMALLVILLE: Fierce | WBEI |
| PA 1-653-320 | SMALLVILLE: Cure | WBEI |
| PA 1-653-326 | SMALLVILLE: Action | WBEI |
| PA 1-653-324 | SMALLVILLE: Lara | WBEI |
| PA 1-653-318 | SMALLVILLE: Wrath | WBEI |
| PA 1-653-296 | SMALLVILLE: Blue | WBEI |
| PA 1-653-293 | SMALLVILLE: Gemini | WBEI |
| PA 1-653-287 | SMALLVILLE: Persona | WBEI |
| PA 1-653-314 | SMALLVILLE: Siren | WBEI |
| PA 1-653-313 | SMALLVILLE: Fracture | WBEI |
| PA 1-653-308 | SMALLVILLE: Hero | WBEI |
| PA 1-653-328 | SMALLVILLE: Traveler | WBEI |
| PA 1-653-304 | SMALLVILLE: Veritas | WBEI |
| PA 1-653-303 | SMALLVILLE: Descent | WBEI |
| PA 1-611-553 | SMALLVILLE: Sleeper | WBEI |
| PA 1-653-300 | SMALLVILLE: Apocalypse | WBEI |
| PA 1-653-327 | SMALLVILLE: Quest | WBEI |
| PA 1-653-316 | SMALLVILLE: Arctic | WBEI |
| PA 741-695 | FRIENDS: The One Where Monica Gets a Roommate | WBEI, successor-in-interest to Warner Bros. Television, a division of Time Warner Entertainment Company, LP (hereinafter "WBEI/WBT") |
| PA 741-697 | FRIENDS: The One with the Sonogram at the End | WBEI/WBT |
| PA 741-696 | FRIENDS: The One with the Thumb | WBEI/WBT |
| PA 741-699 | FRIENDS: The One with George Stephanopoulos | WBEI/WBT |
| PA 741-698 | FRIENDS: The One with the East German Laundry Detergent | WBEI/WBT |
| PA 741-700 | FRIENDS: The One with the Butt | WBEI/WBT |
| PA 741-701 | FRIENDS: The One with the Blackout | WBEI/WBT |
| PA 741-702 | FRIENDS: The One Where Nana Dies Twice | WBEI/WBT |
| PA 741-704 | FRIENDS: The One Where Underdog Gets Away | WBEI/WBT |
| PA 741-706 | FRIENDS: The One with the Monkey | WBEI/WBT |
| PA 741-705 | FRIENDS: The One with Mrs. Bing | WBEI/WBT |
| PA 741-703 | FRIENDS: The One with the Dozen Lasagnas | WBEI/WBT |
| PA 741-709 | FRIENDS: The One with the Boobies | WBEI/WBT |
| PA 741-712 | FRIENDS: The One with the Candy Hearts | WBEI/WBT |
| PA 741-708 | FRIENDS: The One with the Stoned Guy | WBEI/WBT |
| PA 741-710 | FRIENDS: The One with Two Parts: Part 1 | WBEI/WBT |
| PA 741-711 | FRIENDS: The One with Two Parts: Part 2 | WBEI/WBT |
| PA 741-707 | FRIENDS: The One with all the Poker | WBEI/WBT |
| PA 741-713 | FRIENDS: The One Where the Monkey Gets Away | WBEI/WBT |
| PA 741-714 | FRIENDS: The One with the Evil Orthodontist | WBEI/WBT |
| PA 750-485 | FRIENDS: The One with the Fake Monica | WBEI/WBT |

| | | |
|---|---|---|
| PA 750-486 | FRIENDS: The One with the Ick Factor | WBEI/WBT |
| PA 750-484 | FRIENDS: The One with the Birth | WBEI/WBT |
| PA 750-483 | FRIENDS: The One where Rachel Finds Out | WBEI/WBT |
| PA 789-111 | FRIENDS: The One with Ross's New Girlfriend | WBEI/WBT |
| PA 775-415 | FRIENDS: The One with the Breast Milk | WBEI/WBT |
| PA 775-416 | FRIENDS: The One Where Heckles Dies | WBEI/WBT |
| PA 775-418 | FRIENDS: The One with Phoebe's Husband | WBEI/WBT |
| PA 775-417 | FRIENDS: The One with Five Steaks and an Eggplant | WBEI/WBT |
| PA 775-419 | FRIENDS: The One with the Baby on the Bus | WBEI/WBT |
| PA 775-420 | FRIENDS: The One Where Ross Finds Out | WBEI/WBT |
| PA 775-421 | FRIENDS: The One with the List | WBEI/WBT |
| PA 775-422 | FRIENDS: The One with Phoebe's Dad | WBEI/WBT |
| PA 775-424 | FRIENDS: The One with Russ | WBEI/WBT |
| PA 775-425 | FRIENDS: The One with the Lesbian Wedding | WBEI/WBT |
| PA 775-432 | FRIENDS: The One After the Superbowl: Part 1 and 2 | WBEI/WBT |
| PA 775-423 | FRIENDS: The One with the Prom Video | WBEI/WBT |
| PA 775-426 | FRIENDS: The One Where Ross and Rachel… You Know | WBEI/WBT |
| PA 775-427 | FRIENDS: The One Where Joey Moves Out | WBEI/WBT |
| PA 775-428 | FRIENDS: The One Where Eddie Moves In | WBEI/WBT |
| PA 775-429 | FRIENDS: The One Where Dr. Ramoray Dies | WBEI/WBT |
| PA 775-430 | FRIENDS: The One Where Eddie Won't Go | WBEI/WBT |
| PA 775-431 | FRIENDS: The One Where Old Yeller Dies | WBEI/WBT |
| PA 775-836 | FRIENDS: The One with the Bullies | WBEI/WBT |
| PA 775-837 | FRIENDS: The One with the Two Parties | WBEI/WBT |
| PA 775-839 | FRIENDS: The One with the Chicken Pox | WBEI/WBT |
| PA 775-838 | FRIENDS: The One with Barry and Mindy's Wedding | WBEI/WBT |
| PA 805-681 | FRIENDS: The One with the Princess Leia Fantasy | WBEI/WBT |
| PA 805-680 | FRIENDS: The One Where No One's Ready | WBEI/WBT |
| PA 805-679 | FRIENDS: The One with the Jam | WBEI/WBT |
| PA 805-678 | FRIENDS: The One with the Metaphorical Tunnel | WBEI/WBT |
| PA 806-033 | FRIENDS: The One with Frank Jr. | WBEI/WBT |
| PA 806-034 | FRIENDS: The One with the Flashback | WBEI/WBT |
| PA 806-035 | FRIENDS: The One with the Race Car Bed | WBEI/WBT |
| PA 806-036 | FRIENDS: The One with the Poking Device | WBEI/WBT |
| PA 806-037 | FRIENDS: The One with the Football | WBEI/WBT |
| PA 823-904 | FRIENDS: The One Where Rachel Quits | WBEI/WBT |
| PA 824-339 | FRIENDS: The One Where Chandler Can't Remember Which Sister | WBEI/WBT |
| PA 824-338 | FRIENDS: The One with All the Jealousy | WBEI/WBT |
| PA 824-340 | FRIENDS: The One where Monica and Richard Are Just Friends | WBEI/WBT |
| PA 824-354 | FRIENDS: The One with Phoebe's Ex-Partner | WBEI/WBT |
| PA 824-353 | FRIENDS: The One Where Ross and Rachel Take a Break | WBEI/WBT |
| PA 824-355 | FRIENDS: The One the Morning After | WBEI/WBT |
| PA 824-357 | FRIENDS: The One With the Ski Trip | WBEI/WBT |
| PA 824-356 | FRIENDS: The One with the Hypnosis Tape | WBEI/WBT |
| PA 824-621 | FRIENDS: The One with the Tiny T-Shirt | WBEI/WBT |

| PA 824-622 | FRIENDS: The One with the Dollhouse | WBEI/WBT |
|---|---|---|
| PA 824-623 | FRIENDS: The One with the Chick and the Duck | WBEI/WBT |
| PA 838-151 | FRIENDS: The One with the Screamer | WBEI/WBT |
| PA 838-153 | FRIENDS: The One with Ross's Thing | WBEI/WBT |
| PA 838-152 | FRIENDS: The One with the Ultimate Fighting Champion | WBEI/WBT |
| PA 838-154 | FRIENDS: The One at the Beach | WBEI/WBT |
| PA 853-984 | FRIENDS: The One with the Jellyfish | WBEI/WBT |
| PA 853-985 | FRIENDS: The One with the Cat | WBEI/WBT |
| PA 853-986 | FRIENDS: The One with the 'Cuffs | WBEI/WBT |
| PA 853-987 | FRIENDS: The One with the Ballroom Dancing | WBEI/WBT |
| PA 854-172 | FRIENDS: The One with Joey's New Girlfriend | WBEI/WBT |
| PA 854-173 | FRIENDS: The One with the Dirty Girl | WBEI/WBT |
| PA 854-174 | FRIENDS: The One Where Chandler Crosses the Line | WBEI/WBT |
| PA 854-175 | FRIENDS: The One with Chandler in a Box | WBEI/WBT |
| PA 854-250 | FRIENDS: The One Where They're Going to a Party! | WBEI/WBT |
| PA 854-249 | FRIENDS: The One with the Girl from Poughkeepsie | WBEI/WBT |
| PA 872-595 | FRIENDS: The One with Phoebe's Uterus | WBEI/WBT |
| PA 872-596 | FRIENDS: The One with the Embryos | WBEI/WBT |
| PA 872-597 | FRIENDS: The One with Rachel's Crush | WBEI/WBT |
| PA 872-647 | FRIENDS: The One with Joey's Dirty Day | WBEI/WBT |
| PA 872-648 | FRIENDS: The One with All the Rugby | WBEI/WBT |
| PA 873-051 | FRIENDS: The One with the Fake Party | WBEI/WBT |
| PA 873-052 | FRIENDS: The One with the Free Porn | WBEI/WBT |
| PA 873-119 | FRIENDS: The One with Rachel's New Dress | WBEI/WBT |
| PA 873-118 | FRIENDS: The One with All the Haste | WBEI/WBT |
| PA 873-120 | FRIENDS: The One with All the Wedding Dresses | WBEI/WBT |
| PA 886-940 | FRIENDS: The One with the Invitation | WBEI/WBT |
| PA 886-941 | FRIENDS: The One with the Worst Best Man Ever | WBEI/WBT |
| PA 886-942 | FRIENDS: The One with Ross's Wedding: Part 1-2 | WBEI/WBT |
| PA 903-501 | FRIENDS: The One After Ross Says Rachel | WBEI/WBT |
| PA 903-502 | FRIENDS: The One with All the Kissing | WBEI/WBT |
| PA 903-503 | FRIENDS: The One Hundredth | WBEI/WBT |
| PA 903-504 | FRIENDS: The One Where Phoebe Hates PBS | WBEI/WBT |
| PA 903-929 | FRIENDS: The One with the Kips | WBEI/WBT |
| PA 903-932 | FRIENDS: The One with the Yeti | WBEI/WBT |
| PA 903-931 | FRIENDS: The One Where Ross Moves In | WBEI/WBT |
| PA 903-930 | FRIENDS: The One with All the Thanksgivings | WBEI/WBT |
| PA 918-650 | FRIENDS: The One with Ross' Sandwich | WBEI/WBT |
| PA 918-651 | FRIENDS: The One with the Inappropriate Sister | WBEI/WBT |
| PA 918-340 | FRIENDS: The One with All the Resolutions | WBEI/WBT |
| PA 918-341 | FRIENDS: The One with Chandler's Work Laugh | WBEI/WBT |
| PA 918-547 | FRIENDS: The One with Joey's Bag | WBEI/WBT |
| PA 918-548 | FRIENDS: The One Where Everybody Finds Out | WBEI/WBT |
| PA 918-549 | FRIENDS: The One with the Girl Who Hits Joey | WBEI/WBT |
| PA 918-550 | FRIENDS: The One with the Cop | WBEI/WBT |

| | | |
|---|---|---|
| PA 929-814 | FRIENDS: The One with Rachel's Inadvertent Kiss | WBEI/WBT |
| PA 929-884 | FRIENDS: The One Where Rachel Smokes | WBEI/WBT |
| PA 929-885 | FRIENDS: The One Where Ross Can't Flirt | WBEI/WBT |
| PA 929-886 | FRIENDS: The One with the Ride-Along | WBEI/WBT |
| PA 936-661 | FRIENDS: The One with the Ball | WBEI/WBT |
| PA 936-662 | FRIENDS: The One with Joey's Big Break | WBEI/WBT |
| PA 936-663 | FRIENDS: The One in Vegas: Part I & II | WBEI/WBT |
| PA 947-241 | FRIENDS: The One After Vegas | WBEI/WBT |
| PA 947-240 | FRIENDS: The One Where Ross Hugs Rachel | WBEI/WBT |
| PA 947-239 | FRIENDS: The One with Ross's Denial | WBEI/WBT |
| PA 958-084 | FRIENDS: The One Where Joey Loses His Insurance | WBEI/WBT |
| PA 977-638 | FRIENDS: The One with Joey's Porsche | WBEI/WBT |
| PA 958-087 | FRIENDS: The One on the Last Night | WBEI/WBT |
| PA 958-086 | FRIENDS: The One Where Phoebe Runs | WBEI/WBT |
| PA 958-085 | FRIENDS: The One with Ross' Teeth | WBEI/WBT |
| PA 971-093 | FRIENDS: The One Where Ross Got High | WBEI/WBT |
| PA 971-094 | FRIENDS: The One with the Routine | WBEI/WBT |
| PA 981-598 | FRIENDS: The One with the Apothecary Table | WBEI/WBT |
| PA 971-095 | FRIENDS: The One with the Joke | WBEI/WBT |
| PA 982-983 | FRIENDS: The One with Rachel's Sister | WBEI/WBT |
| PA 982-985 | FRIENDS: The One Where Chandler Can't Cry | WBEI/WBT |
| PA 982-984 | FRIENDS: The One that Could Have Been: Part 1-2 | WBEI/WBT |
| PA 971-096 | FRIENDS: The One with Unagi | WBEI/WBT |
| PA 971-097 | FRIENDS: The One Where Ross Dates a Student | WBEI/WBT |
| PA 971-427 | FRIENDS: The One with Joey's Fridge | WBEI/WBT |
| PA 982-601 | FRIENDS: The One with Mac and CHEESE | WBEI/WBT |
| PA 982-988 | FRIENDS: The One Where Ross Meets Elizabeth's Dad | WBEI/WBT |
| PA 982-987 | FRIENDS: The One Where Paul's the Man | WBEI/WBT |
| PA 982-986 | FRIENDS: The One with the Ring | WBEI/WBT |
| PA 983-070 | FRIENDS: The One with the Proposal: Part 1-2 | WBEI/WBT |
| PA 999-614 | FRIENDS: The One with Monica's Thunder | WBEI/WBT |
| PA 999-615 | FRIENDS: The One with Rachel's Book | WBEI/WBT |
| PA 999-617 | FRIENDS: The One with Phoebe's Cookies | WBEI/WBT |
| PA 999-616 | FRIENDS: The One with Rachel's Assistant | WBEI/WBT |
| PA 1-033-420 | FRIENDS: The One with the Engagement Picture | WBEI/WBT |
| PA 1-033-419 | FRIENDS: The One with the Nap Partners | WBEI/WBT |
| PA 1-033-418 | FRIENDS: The One with Ross' Library Book | WBEI/WBT |
| PA 1-033-421 | FRIENDS: The One Where Chandler Doesn't Like Dogs | WBEI/WBT |
| PA 1-048-077 | FRIENDS: The One with All the Candy | WBEI/WBT |
| PA 1-048-078 | FRIENDS: The One with the Holiday Armadillo | WBEI/WBT |
| PA 1-021-721 | FRIENDS: The One with All the Cheesecakes | WBEI/WBT |
| PA 1-021-722 | FRIENDS: The One Where They're Up All Night | WBEI/WBT |
| PA 1-021-723 | FRIENDS: The One Where Rosita Dies | WBEI/WBT |
| PA 1-021-724 | FRIENDS: The One Where They All Turn Thirty | WBEI/WBT |
| PA 1-021-726 | FRIENDS: The One with Joey's New Brain | WBEI/WBT |

| PA 1-021-727 | FRIENDS: The One with the Truth About London | WBEI/WBT |
|---|---|---|
| PA 1-021-728 | FRIENDS: The One with the Cheap Wedding Dress | WBEI/WBT |
| PA 1-021-729 | FRIENDS: The One with Joey's Award | WBEI/WBT |
| PA 1-041-435 | FRIENDS: The One with Ross and Monica's Cousin | WBEI/WBT |
| PA 1-041-436 | FRIENDS: The One with Rachel's Big Kiss | WBEI/WBT |
| PA 1-036-645 | FRIENDS: The One with the Vows | WBEI/WBT |
| PA 1-036-646 | FRIENDS: The One with Chandler's Dad | WBEI/WBT |
| PA 1-041-437 | FRIENDS: The One with Monica and Chandler's Wedding: Part 1-2 | WBEI/WBT |
| PA 1-048-079 | FRIENDS: The One After I Do | WBEI/WBT |
| PA 1-048-195 | FRIENDS: The One with the Red Sweater | WBEI/WBT |
| PA 1-048-196 | FRIENDS: The One Where Rachel Tells… | WBEI/WBT |
| PA 1-048-198 | FRIENDS: The One with the Videotape | WBEI/WBT |
| PA 1-048-197 | FRIENDS: The One with Rachel's Date | WBEI/WBT |
| PA 1-064-551 | FRIENDS: The One with the Halloween Party | WBEI/WBT |
| PA 1-064-552 | FRIENDS: The One with the Stain | WBEI/WBT |
| PA 1-064-572 | FRIENDS: The One with the Stripper | WBEI/WBT |
| PA 1-064-573 | FRIENDS: The One with the Rumor | WBEI/WBT |
| PA 1-068-676 | FRIENDS: The One with Monica's Boots | WBEI/WBT |
| PA 1-068-677 | FRIENDS: The One with Ross's Step Forward | WBEI/WBT |
| PA 1-068-613 | FRIENDS: The One Where Joey Dates Rachel | WBEI/WBT |
| PA 1-068-614 | FRIENDS: The One Where Chandler Takes a Bath | WBEI/WBT |
| PA 1-068-942 | FRIENDS: The One with the Secret Closet | WBEI/WBT |
| PA 1-068-943 | FRIENDS: The One with the Birthing Video | WBEI/WBT |
| PA 1-079-280 | FRIENDS: The One Where Joey Tells Rachel | WBEI/WBT |
| PA 1-079-423 | FRIENDS: The One with the Tea Leaves | WBEI/WBT |
| PA 1-078-820 | FRIENDS: The One in Massapequa | WBEI/WBT |
| PA 1-092-616 | FRIENDS: The One with Joey's Interview | WBEI/WBT |
| PA 1-078-890 | FRIENDS: The One with the Baby Shower | WBEI/WBT |
| PA 1-078-891 | FRIENDS: The One with the Cooking Class | WBEI/WBT |
| PA 1-078-889 | FRIENDS: The One Where Rachel is Late | WBEI/WBT |
| PA 1-096-096 | FRIENDS: The One Where Rachel Has a Baby: Part 1 | WBEI/WBT |
| PA 1-096-093 | FRIENDS: The One Where Rachel Has a Baby: Part 2 | WBEI/WBT |
| PA 1-097-335 | FRIENDS: The One Where No One Proposes | WBEI/WBT |
| PA 1-097-336 | FRIENDS: The One Where Emma Cries | WBEI/WBT |
| PA 1-097-338 | FRIENDS: The One with the Pediatrician | WBEI/WBT |
| PA 1-097-337 | FRIENDS: The One with the Sharks | WBEI/WBT |
| PA 1-097-339 | FRIENDS: The One with Phoebe's Birthday Dinner | WBEI/WBT |
| PA 1-097-340 | FRIENDS: The One with the Male Nanny | WBEI/WBT |
| PA 1-110-496 | FRIENDS: The One with Ross' Inappropriate Song | WBEI/WBT |
| PA 1-110-495 | FRIENDS: The One with Rachel's Other Sister | WBEI/WBT |
| PA 1-110-494 | FRIENDS: The One with Christmas in Tulsa | WBEI/WBT |
| PA 1-127-950 | FRIENDS: The One Where Rachel Goes Back to Work | WBEI/WBT |
| PA 1-127-949 | FRIENDS: The One with Phoebe's Rats | WBEI/WBT |
| PA 1-127-951 | FRIENDS: The One Where Monica Sings | WBEI/WBT |
| PA 1-127-954 | FRIENDS: The One with the Blind Date | WBEI/WBT |

| PA 1-127-953 | FRIENDS: The One with the Mugging | WBEI/WBT |
|---|---|---|
| PA 1-127-952 | FRIENDS: The One with the Boob Job | WBEI/WBT |
| PA 1-198-853 | FRIENDS: The One with the Memorial Service | WBEI |
| PA 1-198-849 | FRIENDS: The One with the Lottery | WBEI |
| PA 1-198-852 | FRIENDS: The One with Rachel's Dream | WBEI |
| PA 1-198-863 | FRIENDS: The One with the Soap Opera Party | WBEI |
| PA 1-198-862 | FRIENDS: The One with the Fertility Test | WBEI |
| PA 1-197-156 | FRIENDS: The One with the Donor | WBEI |
| PA 1-148-756 | FRIENDS: The One in Barbados: Part 1 and 2 | WBEI |
| PA 1-193-101 | FRIENDS: The One After Joey and Rachel Kiss | WBEI |
| PA 1-193-099 | FRIENDS: The One Where Ross is Fine | WBEI |
| PA 1-193-100 | FRIENDS: The One with Ross's Tan | WBEI |
| PA 1-206-395 | FRIENDS: The One with the Cake | WBEI |
| PA 1-206-396 | FRIENDS: The One Where Rachel's Sister Babysits | WBEI |
| PA 1-206-397 | FRIENDS: The One with Ross' Grant | WBEI |
| PA 1-206-398 | FRIENDS: The One with the Home Study | WBEI |
| PA 1-206-399 | FRIENDS: The One with the Late Thanksgiving | WBEI |
| PA 1-206-440 | FRIENDS: The One with the Birth Mother | WBEI |
| PA 1-206-441 | FRIENDS: The One Where Chandler Gets Caught | WBEI |
| PA 1-214-056 | FRIENDS: The One Where the Stripper Cries | WBEI |
| PA 1-214-053 | FRIENDS: The One with Phoebe's Wedding | WBEI |
| PA 1-213-062 | FRIENDS: The One Where Joey Speaks French | WBEI |
| PA 1-213-061 | FRIENDS: The One with Princess Consuela | WBEI |
| PA 1-210-936 | FRIENDS: The One Where Estelle Dies | WBEI |
| PA 1-210-937 | FRIENDS: The One with Rachel's Going Away Party | WBEI |
| PA 1-221-640 | FRIENDS: The One Before the Last One: 10 Years of Friends | WBEI |
| PA 1-221-641 | FRIENDS: The Last One: Part 1-2 | WBEI |